No. 00–9016. GOMEZ-INFANTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–9017. HANCOCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–9019. CARDENAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–9021. LAREINAGA-DE LA GUERRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–9022. MAYNARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–9023. DIXSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–9031. TRIVEDI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–9036. BAILEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9042. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9050. ADAME-SILVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–9052. ALLEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–9058. ZAMBRANO-GAVIDIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–9061. PACHECO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–9062. OROZCO-RANGEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–9063. PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–9069. SEYMOUR v. WALKER, WARDEN. C. A. 6th Cir. Certiorari denied.